UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GLOBAL TECH INDUSTRIES
GROUP, INC., et al.,

                Plaintiffs,

        -against-

GO FUN GROUP HOLDINGS, LTD., et al.,

                Defendants.
-----------------------------------------------------------x

No. 17 Civ. 3727 (OTW)

**OPINION AND ORDER**

ONA T. WANG, United States Magistrate Judge:

The Court is in receipt of Defendants' counsel's letter, dated June 5, 2018, "inform[ing] the Court" that Defendants have "terminated [the] firm's representation of them in this matter." (ECF 104). Defendants' counsel's letter has no effect on their obligations as counsel of record for Defendants in this case, nor will the Court consider this letter as a motion to withdraw from representation, which would be deficient in any event. It is well-established that the Defendants, who are corporations, cannot proceed in this action *pro se*. *See Sanchez v. Walentin*, 526 F. App'x 49, 51 (2d Cir. 2013), *citing Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983). Defendants' counsel remains counsel of record in this case absent an Order of the Court relieving them as counsel. *See* Local Civ. R. 1.4 ("An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from a case without leave of the Court granted by order."); *United States v. Up to $6,100,000 on Deposit in Account No. 15.5876 at Bank Julius Baer Co. Ltd*

*(Guernsey Branch)*, 07-CV-4430, 2009 WL 1809992, at *5 (S.D.N.Y. June 24, 2009); *Diaz v. Scores Holding Co., Inc.*, 07-CV-8718, 2009 WL 6539954, at *1 (S.D.N.Y. Mar. 2, 2009).

Defendants' opposition to Plaintiffs' motion for summary judgment shall be filed by June 29, 2018. Plaintiffs' reply in further support of their motion shall be filed by July 13, 2018.

**SO ORDERED.**

Dated: New York, New York
June 7, 2018

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge