UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBAL TECH INDUSTRIES
GROUP, INC., et al.,

        Plaintiffs,

-against-

GO FUN GROUP HOLDINGS, LTD., et al.,

        Defendants.

---

No. 17-CV-3727 (OTW)

**OPINION AND ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Defendants' counsel's motion to withdraw (ECF 107) is GRANTED for the reasons stated in Defendants' counsel's motion. The facts alleged in Defendants' motion were confirmed by the Court's *in camera* review of the Affidavit of Moshe Horn, dated June 21, 2018. *Accord United States v. Up to $6,100,000 on Deposit in Account No. 15.5876 at Bank Julius Baer Co. Ltd (Guernsey Branch)*, 07-CV-4430, 2009 WL 1809992, at *5 (S.D.N.Y. June 24, 2009) (granting motion to withdraw where client failed to pay legal fees and communicate with counsel).

Defendants' counsel's motion to seal the Horn Affidavit (ECF 106) is GRANTED for the reasons stated in Defendants' counsel's letter (ECF 107 at 5-6), the underlying facts of which were confirmed by the Court's *in camera* review of the Horn Affidavit.

Accordingly, Defendants' deadline to respond to Plaintiffs' motion for summary judgment is extended for thirty days so that Defendants can seek to obtain successor counsel. Defendants' new attorneys shall promptly file a notice of appearance after they are retained by Defendants. Defendants are reminded that corporations cannot proceed in this action *pro se*

and "may litigate only through a duly licensed attorney." *See Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983).

**Defendants (or their new attorneys, if they have been retained) shall submit a status letter to the Court by July 20, 2018 that addresses the status of Defendants' efforts to retain new counsel and how Defendants intend to proceed in this litigation. Failure to comply with this order may result in entry of default and/or an award of attorneys' fees and/or such other relief that may be requested by Plaintiffs.**

Mr. Horn and Mr. Van de Kieft are directed to serve a copy of this Opinion and Order on Defendants and file proof of service with the Court.

**SO ORDERED.**

Dated: New York, New York
June 21, 2018

    *s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge