**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
GLOBAL TECH INDUSTRIES
GROUP, INC., et al.,

                       Plaintiffs,

            -against-

GO FUN GROUP HOLDINGS, LTD., a BVI
CORPORATION, et al.,

                       Defendants.

------------------------------------------------------------x

No. 17-CV-3727 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The parties shall file a joint status letter by **October 21, 2022**, informing the Court of any outstanding motions in this case.

**SO ORDERED.**

Dated: New York, New York
       October 4, 2022

                                                     _s/ Ona T. Wang_
                                                     **Ona T. Wang**
                                                     United States Magistrate Judge