UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

GLOBAL TECH INDUSTRIES
GROUP, INC., et al.,

                Plaintiffs,            17 **CIVIL** 3727 (OTW)

    -v-                    **JUDGMENT**

GO FUN GROUP HOLDINGS, LTD., a BVI
CORPORATION, et al.,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 14, 2022, Plaintiffs' Motion to Compel Arbitration is GRANTED. Plaintiffs additionally request that the Court decline further jurisdiction and reinstate dismissal. (ECF 154 at 7). Because the Settlement Agreement purported to resolve all claims in this case, and because all disputes arising under the Settlement Agreement are to be left to an arbitrator, this action is DISMISSED. See Sparling v. Hoffman Const. Co., 864 F.2d 635, 638 (9th Cir. 1988) (explaining that courts have the authority to dismiss an action that is properly suited for arbitration).

**Dated:** New York, New York
        November 16, 2022

                                                      **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                      **BY:**

                                                                  **Deputy Clerk**